or decision of this application. *Mr. Walter E. Meyer, pro se. Messrs. W. F. Peter* and *A. B. Enoch* for respondents.

No. 399. WALKER, POSTMASTER GENERAL, *v.* ESQUIRE, INC. October 22, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. Hannegan substituted as the party petitioner. *Acting Solicitor General Judson* for petitioner. *Messrs. Bruce Bromley, Wm. Dwight Whitney* and *Morris L. Ernst* for respondent. *Messrs. Charles Horsky, Luther Ely Smith, Arthur Garfield Hays* and *Whitney North Seymour* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 221. GIBSON *v.* UNITED STATES. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Hayden C. Covington* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 170. CHICKASAW NATION *v.* UNITED STATES. See *ante,* p. 217.

No. 410. MACGREGOR *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING CO. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Mr. William B. Jaspert* for petitioner. *Mr. Jo. Baily Brown* for respondent.